IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | NO. 4:21CR 9 |
| v. | § § | Judge Mazzant |
| RYAN MARQUIS MCCRAY | § | |

**FILED JAN 1 4 2021**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a
Prohibited Person)

On or about September 17, 2020, in the Eastern District of Texas, **RYAN MARQUIS McCRAY**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit, Stevens Model 320, 20 gauge shotgun, bearing serial number 178923D, while knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
(Pursuant to 18 U.S.C. § 924(d)(1)

As a result of the commission of the foregoing offense charged in Count One, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) any firearm or ammunition involved in a violation of 18 U.S.C. § 922(g)(1), namely, the following:

**(1)   Stevens Model 320, 20 gauge shotgun, bearing serial number 178923D**

Substitute assets

If any property subject to forfeiture as a result of any act or omission by the defendant (i) cannot be located upon the exercise of due diligence, (ii) has been transferred or sold to, or deposited with a third party, (iii) has been placed beyond the jurisdiction of the court, (iv) has been substantially diminished in value, or (v) has been commingled with other property which cannot be subdivided without difficulty, the defendant shall forfeit to the United States any other property of the defendant's up to the value of the forfeitable property.

A TRUE BILL

_____RB_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_Lesley D. Brooks_      1/13/2021
Lesley D. Brooks     Date
Assistant United States Attorney

Indictment/Notice of Penalty - Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:21CR |
| RYAN MARQUIS McCRAY | § § | Judge |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(g)(1)

Penalty:   Imprisonment of not more than ten (10) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

If the Court determines that the defendant is an Armed Career Offender under 18 U.S.C. § 924(e), imprisonment of not less than 15 years and not more than life, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both; a term of supervised release of not more than five (5) years.

Special Assessment: $ 100.00